UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN LOWRY, an individual, | NO. CV 11-07738 CBM (CWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF EL MONTE, et al. | |

Consistent with this Court's March 19, 2012 Order Granting Defendants' Motions to Dismiss Complaint (Docket No. 16) and the Civil Minutes of April 3, 2012 (Docket No. 17),

**IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing and that Judgment be entered in favor of Defendants City of El Monte, Andre Quintero, El Monte Police Department, Jake Fisher, and Beatriz Guaddarrama on Plaintiffs' two 42 U.S.C. § 1983 causes of action. The Court declines to exercise supplemental jurisdiction as to Plaintiff's remaining California state-law causes of action and enters no Judgment as to those causes of action.

The Court hereby **DISMISSES** this case in its entirety as to all parties.

Dated: April 11, 2012

_____
Honorable Consuelo B. Marshall
United States District Judge